1  MICHAEL COSENTINO, SBN 83253
   Counsel for the United States
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   **UNITED STATES OF AMERICA**          NO. **CV17-03362 SLM**
11
                  Plaintiff,
12                                        **JUDGMENT ON DEFAULT**
          v.
13
   **RICK K. ANDERSON JR.,**
14 **aka RICK KUDRES ANDERSON JR.,**
   **aka RICK K. ANDERSON**,
15
                  Defendant.
16 _____/

17     In the above entitled action, the defendant RICK K. ANDERSON JR., aka RICK

18 KUDRES ANDERSON JR., aka RICK K. ANDERSON having been duly served with the

19 Summons and a copy of the Complaint in the action, and the defendant having failed to

20 appear, answer, plead, or otherwise defend in the action within the time allowed by law, or

21 at all, and default having been duly entered; and it further appearing that plaintiff's claim

22 against the defendant is for a sum certain and for interest which can by computation be

23 made certain and for costs; and it further appearing that a declaration on behalf of the

24 plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said

25 defendant in accordance with the prayer of the Complaint, and also setting forth that

26 defendant is not an infant or incompetent person or in the military service of the United

27 States within the meaning of the Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501

28 *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or otherwise entitled to

the benefits of said Act, and praying that Judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the defendant, RICK K. ANDERSON JR., aka RICK KUDRES ANDERSON JR., aka RICK K. ANDERSON, the sum of $2,139.72 as principal, interest, attorney fees, and costs, plus interest in the amount of $0.08 per day from August 23, 2017, to the date of entry of the judgment, plus post judgment interest thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

JUDGMENT ENTERED: 8/24/2017



SUSAN Y. SOONG, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk  Mark Romyn

JUDGMENT ON DEFAULT 2